| | |
|---|---|
| 1  Lisel M. Ferguson (Bar No. 207637)<br>    lisel.ferguson@procopio.com<br>2  Tiffany Salayer (Bar No. 226189)<br>    tiffany.salayer@procopio.com<br>3  PROCOPIO, CORY, HARGREAVES &<br>        SAVITCH LLP<br>4  525 B Street, Suite 2200<br>    San Diego, CA 92101<br>5  Telephone: 619.238.1900<br>    Facsimile: 619.235.0398<br>6<br>   Attorneys for Plaintiff and Counter Defendant<br>7  The Pink and Green Company<br>8  Andrew R. Nelson<br>   Kelly K Pfeiffer<br>9  Fortis LLP<br>   650 Town Center Drive Suite 1530<br>10 Costa Mesa, CA 92626<br>   714-839-3800<br>11 Fax: 714-795-2995<br>   Email: anelson@fortislaw.com<br>12<br>   Attorneys for Defendant and Counter Claimant<br>13 Treats Beauty LLC, and Defendants Haylee Harrison<br>   and Hannah Harrison | JS-6 |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE PINK AND GREEN COMPANY, an Oregon Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>TREATS BEAUTY LLC, a California Limited Liability Company; HAYLEE HARRISON, an Individual; HANNAH HARRISON, an Individual; and DOES 1-10,<br><br>    Defendants.<br><br>TREATS BEAUTY LLC,<br><br>    Counterclaimant,<br><br>v. | Case No. 2:20-cv-11036-DOC-(SKx)<br><br>**ORDER GRANTING JOINT STIPULATION BY ALL PARTIES OF DISMISSAL WITH PREJUDICE**<br><br>Dist. Judge: Hon. David O. Carter<br>Mag. Judge: Hon. Steve Kim<br>Complaint Filed: 12/04/2020<br>Trial Date:           02/01/2022 |

ORDER GRANTING JOINT STIPULATION BY ALL PARTIES OF DISMISSAL WITH PREJUDICE

Case No. 2:20-cv-11036-DOC-SK

| | |
|---|---|
| THE PINK AND GREEN COMPANY, | |
| Counter-Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff THE PINK AND GREEN COMPANY ("P&G") and all Defendants TREATS BEAUTY LLC, HAYLEE HARRISON, and HANNAH HARRISON (collectively "Defendants") hereby jointly stipulate to dismiss with prejudice all pending claims asserted in this action.  Each party shall bear its own, costs, expenses, and attorneys' fees.

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for Plaintiff/Counter Defendant and that I have obtained authorization from Andrew R. Nelson to affix his electronic signature to this document.

| | |
|---|---|
| DATED: July 29, 2021 | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP |
| | |
| | By: s/Lisel M. Ferguson |
| | Lisel M. Ferguson<br>Tiffany Salayer<br>Attorneys for<br>Plaintiff and Counter Defendant<br>The Pink and Green Company |
| DATED: July 29, 2021 | FORTIS LLP |
| | |
| | By: s/ Andrew R. Nelson |
| | Andrew R. Nelson<br>Kelly K Pfeiffer<br>Attorneys for Defendant and Counter Claimant<br>Treats Beauty LLC, and Defendants Haylee Harrison and Hannah Harrison |

**IT IS SO ORDERED**
**Date:  July 30, 2021**

*David O. Carter*

**Hon. David O. Carter**

ORDER GRANTING JOINT STIPULATION BY ALL PARTIES OF DISMISSAL WITH PREJUDICE
Case No. 2:20-cv-11036-DOC-SK

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is PROCOPIO, CORY, HARGREAVES & SAVITCH LLP, 525 "B" Street, Suite 2200, San Diego, California 92101. On **July 29, 2021**, I served the foregoing document.

☑   *(Federal)* **BY CM/ECF NOTICE OF ELECTRONIC FILING** by causing such document(s) listed above to be served through this Court's electronic transmission facilities via the Notice of Electronic Filing (NEF) and hyperlink, to the parties and/or counsel who are determined this date to be registered CM/ECF Users set forth in the service list obtained from this Court on the Electronic Mail Notice List.

☑   *(Federal)* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 29, 2021, at **San Diego**, California.

                                        s/Lisel M. Ferguson
                                        Lisel M. Ferguson